OAO91 (Rev. 12/03)  Criminal Complaint

# UNITED STATES DISTRICT COURT

DISTRICT OF  OREGON

UNITED STATES OF AMERICA
V.

RICKY HARRISON

(Name and Address of Defendant)

## CRIMINAL COMPLAINT

Case Number: 06 mj 441

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief.  On or between April 21, 2006 and May 10, 2006 in    Multnomah    County, in

the _____ District of _____ Oregon _____ defendant(s) did,
(Date)

(Track Statutory Language of Offense)
On or between April 21, 2006 and May 10, 2006 in the District of Oregon, Ricky Harrison, defendant herein, did knowingly use or attempt to us a mean of interstate commerce, the Internet, to persuade, induce or entice an individual who has not attained the age of 18 years to engage in sexual activity fior which said defendant can be chged with a criminal offense.

in violation of Title ___18___ United States Code, Section(s) ___2422(b)___ .
I further state that I am a(n)  FBI Task Force Officer  and that this complaint is based on the
Official Title
following facts:

See affidavit of Chadwick J. Opitz, attached and incorporated herein.

Continued on the attached sheet and made a part of this complaint: ☒ Yes  ☐ No

_____
Signature of Complainant

Chadwick J. Opitz
Printed Name of Complainant

Sworn to before me and signed in my presence,

May 11, 2006
Date

at  Portland, Oregon
City

Dennis J. Hubel,    United States Magistrate Judge
Name of Judge          Title of Judge

_____
Signature of Judge

## AFFIDAVIT

I, Chadwick J. Opitz, being first duly sworn, depose and state:

I am a Detective with the Beaverton Police Department and have been so employed since April 1999. I am currently assigned to the Portland Division of the Federal Bureau of Investigation (FBI) as a Task Force Officer (TFO), where I investigate computer crimes. I have been working as a task force officer since February 2006. I have received training in the investigation of computer, telecommunications, and other technology crimes. Since February 2006, I have been involved in the investigation of matters involving the sexual exploitation of children, to include the online sexual exploitation of children, particularly as it relates to violations of Title 18, United States Code, § 2422(b). I have made arrests and conducted searches pertaining to these types of investigations. I am a part of the Portland Innocent Images National Initiative (IINI) Undercover Operation Task Force, which includes FBI Service Special Agents. IINI is an intelligence-driven, proactive, multi-agency investigative initiative to combat the proliferation of child pornography/child sexual exploitation facilitated by an online computer. As a member of this Task Force, I have received training and certification at the FBI Calverton Resident Agency in areas related to online computer crime investigation involving child pornography and other aspects of child exploitation.

The statements contained in this Affidavit are based on my experience and background as a Special Agent, and on information provided by other agents of the FBI, and other law enforcement officers. I have not set forth every fact resulting from the investigation, rather, I have set for a summary of the investigation to date in order to establish probable cause to charge Richard Morris a/k/a Yahoo! screen name "slowandteasingfun" with using a means of interstate

commerce to attempt or persuade, induce, entice or coerce a minor to engage in sexual activity in violation of Title 18, United States Code, Section 2422(b).

**SUMMARY:** This complaint refers to an attempted enticement of a perceived 14 year old female who Ricky Lee Harrison attempted to meet with for the purpose of engaging in sexual intercourse. The planning for this meeting is evidenced by internet conversations, known as "chat" which indicate that Harrison believed the 14 year old girl was available and willing to engage in sexual intercourse with Harrison, who stated his age 39. His attempt to engage in this conduct, and his enticement of the perceived teenage constitutes an offense involving online internet exploitation of children by acts to induce or persuade a minor to engage in sexual activity.

**LEGAL AUTHORITY:**

Oregon Revised Statute 163.355 provides that a person who has sexual intercourse with another person commits the crime of rape in the third degree if the other person is under 16 years of age. Rape in the third degree is a Class C felony. Oregon Revised Statute 163.305 definition of "sexual intercourse" states "has its ordinary meaning and occurs upon any penetration, however slight; emission is not required."

Oregon Revised Statute 163.385 provides that a person who engages in deviate sexual intercourse with another person or causes another to engage in deviate sexual intercourse commits the crime of sodomy in the second degree if the other person is under 16 years of age. Sodomy in the third degree is a Class C felony. Oregon Revised Statute 163.305 definition of "Deviate Sexual Intercourse" means sexual conduct between persons consisting of contact between the sex organs of one person and the mouth or anus of another.

Oregon Revised Statute 163.415 provides that a person commits the crime of sexual

abuse in the third degree if the person subjects another person to sexual contact and the victim

does not consent to the sexual contact; or the victim is incapable of consent by reason of being

under 18 years of age.  Sex abuse in the third degree is a Class A misdemeanor.  Oregon Revised

Statute 163.305 definition of "Sexual Contact" means any touching of the sexual or other

intimate parts of a person or causing such persons to touch the sexual or other intimate parts of

the actor for the purpose of arousing or gratifying the sexual desire of either party.

Oregon Revised Statute 161.405  provides that a  person is guilty of an attempt to

commit a crime when the person intentionally engages in conduct which constitutes a substantial

step toward commission of the crime.  An attempt is a Class A misdemeanor if the offense

attempted is a Class C felony.  An attempt is a Class B misdemeanor if the offense attempted is a

Class A misdemeanor.

For the reasons set forth below, your affiant contends that this affidavit contains ample

probable cause to believe that MORRIS has used a means of interstate commerce, namely the

Internet, to attempt to or knowingly persuade, induce, entice or coerce an individual who has not

attained the age of 18 years to engage in sexual activity for which any person can be charged with

a criminal offense.  In this case, the applicable sexual activity your affiant believes MORRIS

proposed to carry out with an individual who he believed to be a 14 year old minor female,

included, but is not limited to, digital penetration, oral sex,  and vaginal intercourse.

## YAHOO!  CHAT

Yahoo!, is a commercial Internet Service Provider (ISP) that offers subscribers access

to electronic bulletin boards which can be read and responded to by other subscribers, known as

"chat."  "Chat" is real-time type-written conversation between people, much like a verbal

conversation.  Yahoo! also provides electronic mail (E-mail) service, enabling subscribers to communicate by computer similar to writing letters and sending through normal mail.  Each subscriber can communicate with other Yahoo! users either in real-time through either chat rooms, private chat rooms or instant messages, if the other subscriber is also online, or via E-mail.  Within the system, text messages and graphic images (such as photographs) can be sent to a subscriber, or to any person with an Internet E-mail address.  Both text and graphics files can be saved to the computer disk drive for access and printing at any time.

## OVERVIEW OF INVESTIGATION

The information provided in this affidavit is the summation of an investigation conducted by affiant, acting in an undercover capacity (UCA) on the Yahoo! system, and using a computer in Portland, Oregon.  All communications via computer made during this investigation were with an individual identified as RICHARD MORRIS using the Yahoo! screen name "slowandteasingfun."  All conversations betw        UCA  and "slowandteasingfun" were by contact through instant messages and E-mai                        conversations took place during the period of April 21, 2006 th

On April 21, 2006, at approxima                        d on Yahoo! posing as a 14-year old female, from Portland, Oregon.  While she was logged on and had entered a chat room entitled "Oregon1," the screen name slowandteasingfun contacted her using an instant message.  It should be noted that Yahoo! archiving cut off the first line of the chat showing slowandteasingfun contacting the affiant.  The following is a verbatim transcript of the instant message conversation:

UCA (4/21/2006 8:29:25 AM): oh really......

slowandteasingfun (4/21/2006 8:29:36 AM): oh yes...
UCA (4/21/2006 8:29:48 AM): cause im bad!!!
UCA (4/21/2006 8:30:24 AM): oh u r in beav
slowandteasingfun (4/21/2006 8:30:29 AM): well - if you are being naughty ... I will lift your skirt - pull down your panties and spank you....
UCA (4/21/2006 8:30:33 AM): guess where i am?
slowandteasingfun (4/21/2006 8:30:38 AM): yes I am - where are you from?
slowandteasingfun (4/21/2006 8:30:41 AM): Beaverton?
UCA (4/21/2006 8:30:46 AM): good guess
UCA (4/21/2006 8:30:57 AM): i happen 2 b.....cough cough
UCA (4/21/2006 8:31:01 AM): sick 2 day
slowandteasingfun (4/21/2006 8:31:14 AM): mmmm - well that is really naughty
UCA (4/21/2006 8:31:21 AM): if u say so
slowandteasingfun (4/21/2006 8:31:47 AM): you want me to come over there and pull your panties down?
UCA (4/21/2006 8:31:54 AM): mommy and her dick bf r clueless
slowandteasingfun (4/21/2006 8:32:03 AM): mmmm - nice
UCA (4/21/2006 8:32:08 AM): my house?
slowandteasingfun (4/21/2006 8:32:15 AM): yeah...
UCA (4/21/2006 8:32:21 AM): hmmmm......
slowandteasingfun (4/21/2006 8:32:24 AM): you need a spanking
UCA (4/21/2006 8:32:29 AM): don't know u yet
slowandteasingfun (4/21/2006 8:32:40 AM): you know you need more than that too
UCA (4/21/2006 8:32:41 AM): u may hurt me
slowandteasingfun (4/21/2006 8:32:50 AM): sweetly hurt
UCA (4/21/2006 8:32:55 AM): what u look like
slowandteasingfun (4/21/2006 8:33:11 AM): well - I am 39
slowandteasingfun (4/21/2006 8:33:17 AM): I am 6'-0" tall
slowandteasingfun (4/21/2006 8:33:27 AM): about 230 muscular
UCA (4/21/2006 8:33:28 AM): wow tall guy
UCA (4/21/2006 8:33:31 AM): 230!!!!!
UCA (4/21/2006 8:33:39 AM): strong boy
slowandteasingfun (4/21/2006 8:33:41 AM): I am very muscular
UCA (4/21/2006 8:33:45 AM): sounds like
UCA (4/21/2006 8:33:47 AM): it
slowandteasingfun (4/21/2006 8:33:52 AM): what do you look like?
UCA (4/21/2006 8:34:07 AM): 5'2 105 brown hair
slowandteasingfun (4/21/2006 8:34:13 AM): oh nice
slowandteasingfun (4/21/2006 8:34:18 AM): very sexy height
UCA (4/21/2006 8:34:29 AM):
UCA (4/21/2006 8:34:38 AM): i try
slowandteasingfun (4/21/2006 8:34:46 AM): do you have a pic?
UCA (4/21/2006 8:35:10 AM): no....long story about bitch mom

slowandteasingfun (4/21/2006 8:35:16 AM): oh sorry
UCA (4/21/2006 8:35:17 AM): if u care 2 hear
UCA (4/21/2006 8:35:32 AM): told her what i think of her dick bf
slowandteasingfun (4/21/2006 8:35:38 AM): oh my
UCA (4/21/2006 8:35:43 AM): took MY comp away
UCA (4/21/2006 8:35:52 AM): found this old piece of shit in closet
slowandteasingfun (4/21/2006 8:35:53 AM): oh really? what are you using now?
slowandteasingfun (4/21/2006 8:35:59 AM): oh realy?
UCA (4/21/2006 8:36:01 AM): after she left...plugged it in
UCA (4/21/2006 8:36:09 AM): now i am chatin with u
slowandteasingfun (4/21/2006 8:36:12 AM): be careful and cover your tracks
slowandteasingfun (4/21/2006 8:36:22 AM): erase everything you do
UCA (4/21/2006 8:36:23 AM): oh.....i will....she would be pissed
UCA (4/21/2006 8:36:27 AM): no prob
UCA (4/21/2006 8:36:37 AM): u r safe with me!!
slowandteasingfun (4/21/2006 8:36:48 AM): well - I am concerned about you
UCA (4/21/2006 8:36:53 AM): really?
slowandteasingfun (4/21/2006 8:36:55 AM): yeah
UCA (4/21/2006 8:36:56 AM): why?
slowandteasingfun (4/21/2006 8:37:15 AM): dont want you to get into trouble -
sounds like you have some issues already with your mom...
slowandteasingfun (4/21/2006 8:37:20 AM): dont want to make it worse
UCA (4/21/2006 8:37:30 AM): she does not care....
slowandteasingfun (4/21/2006 8:37:30 AM): just a second I need to do something
OK?
UCA (4/21/2006 8:37:33 AM): k
slowandteasingfun (4/21/2006 8:37:40 AM): sorry - just a moment
slowandteasingfun (4/21/2006 8:38:24 AM): OK I am back
UCA (4/21/2006 8:38:32 AM): cool....gf?
slowandteasingfun (4/21/2006 8:38:36 AM): I live near Murray and Allen
slowandteasingfun (4/21/2006 8:38:58 AM): I have a friend that is really not a gf - but
slowandteasingfun (4/21/2006 8:39:12 AM): we are very very close..
slowandteasingfun (4/21/2006 8:39:18 AM): we are not exclusive
slowandteasingfun (4/21/2006 8:39:53 AM): are you there?
UCA (4/21/2006 8:40:01 AM): yeah sorry
UCA (4/21/2006 8:40:07 AM): potty break
UCA (4/21/2006 8:40:18 AM): how old gf
slowandteasingfun (4/21/2006 8:40:24 AM): np
slowandteasingfun (4/21/2006 8:40:46 AM): she is 27
slowandteasingfun (4/21/2006 8:40:54 AM): dont tell me how old you are
slowandteasingfun (4/21/2006 8:40:57 AM): I dont want to know
UCA (4/21/2006 8:40:59 AM): why
slowandteasingfun (4/21/2006 8:41:06 AM): just dont...

slowandteasingfun (4/21/2006 8:41:10 AM): thank you
UCA (4/21/2006 8:41:10 AM): k
slowandteasingfun (4/21/2006 8:41:23 AM): so what are you going to do this morning?
UCA (4/21/2006 8:41:32 AM): chill out in bedroom
slowandteasingfun (4/21/2006 8:41:35 AM): nice
slowandteasingfun (4/21/2006 8:41:42 AM): what are you wearing right now?
UCA (4/21/2006 8:41:51 AM): boxers tanktop
slowandteasingfun (4/21/2006 8:41:57 AM): cute
UCA (4/21/2006 8:41:59 AM): yeah
slowandteasingfun (4/21/2006 8:42:06 AM): I bet you look awesome in it
slowandteasingfun (4/21/2006 8:42:15 AM): I wish I could see you
UCA (4/21/2006 8:42:18 AM): if we met to spank me....u would c how old i am
slowandteasingfun (4/21/2006 8:42:31 AM): I cant tell ages...
UCA (4/21/2006 8:42:32 AM): is age a problem
UCA (4/21/2006 8:43:00 AM): murray/allen
slowandteasingfun (4/21/2006 8:43:05 AM): sometimes I see girls 24...
UCA (4/21/2006 8:43:09 AM): i live down near 125/longhorn
slowandteasingfun (4/21/2006 8:43:10 AM): and they look 12
UCA (4/21/2006 8:43:13 AM): ic
slowandteasingfun (4/21/2006 8:43:29 AM): really?
UCA (4/21/2006 8:43:37 AM): u ever met with some1 from comp
slowandteasingfun (4/21/2006 8:43:46 AM): yes I have
slowandteasingfun (4/21/2006 8:43:49 AM): a few times
UCA (4/21/2006 8:43:53 AM): me2
UCA (4/21/2006 8:43:58 AM): how old were they
UCA (4/21/2006 8:44:06 AM): where u meet
slowandteasingfun (4/21/2006 8:44:09 AM): one is 39
slowandteasingfun (4/21/2006 8:44:15 AM): we met for coffee
slowandteasingfun (4/21/2006 8:44:19 AM): and lunch
slowandteasingfun (4/21/2006 8:44:27 AM): one was 24
slowandteasingfun (4/21/2006 8:44:36 AM): that is all
UCA (4/21/2006 8:44:54 AM): oh
UCA (4/21/2006 8:44:57 AM): no other stuff
slowandteasingfun (4/21/2006 8:45:05 AM): well - yes later...
UCA (4/21/2006 8:45:08 AM): oh
UCA (4/21/2006 8:45:15 AM): where u do other stuff?
slowandteasingfun (4/21/2006 8:45:16 AM): after they saw me to feel comfortable
slowandteasingfun (4/21/2006 8:45:29 AM): oh I have done hotels...
UCA (4/21/2006 8:45:30 AM): oh
slowandteasingfun (4/21/2006 8:45:35 AM): or home
UCA (4/21/2006 8:46:13 AM): can i tell u my age
slowandteasingfun (4/21/2006 8:46:21 AM): please dont

slowandteasingfun (4/21/2006 8:46:37 AM): I really do not want to know
UCA (4/21/2006 8:46:49 AM): k
slowandteasingfun (4/21/2006 8:47:06 AM): but we can play that you are young
slowandteasingfun (4/21/2006 8:47:13 AM): and daddy needs to spank you
UCA (4/21/2006 8:47:22 AM): how about what grade i am in
UCA (4/21/2006 8:47:27 AM): DADDY
slowandteasingfun (4/21/2006 8:47:29 AM): nope
slowandteasingfun (4/21/2006 8:47:34 AM): dont tell me
slowandteasingfun (4/21/2006 8:47:36 AM): please
UCA (4/21/2006 8:47:39 AM): k
slowandteasingfun (4/21/2006 8:47:44 AM): I am sorry
slowandteasingfun (4/21/2006 8:48:01 AM): but if you tell me an age too young I have
to stop chatting with you
UCA (4/21/2006 8:48:02 AM): if we met....i dont want u 2 look at me and laugh
UCA (4/21/2006 8:48:37 AM): u there?
slowandteasingfun (4/21/2006 8:48:44 AM): you wont laugh
slowandteasingfun (4/21/2006 8:48:56 AM): why would I - you told me your height
and weight
UCA (4/21/2006 8:49:16 AM): i know....but what i look like age wise
UCA (4/21/2006 8:49:26 AM): it would hurt my feelings
slowandteasingfun (4/21/2006 8:49:40 AM): no
slowandteasingfun (4/21/2006 8:49:45 AM): you will be fine
UCA (4/21/2006 8:49:49 AM): wherer would u want 2 meet.....hotel or home?
UCA (4/21/2006 8:50:03 AM): mommy would b back around 3
slowandteasingfun (4/21/2006 8:50:49 AM): we could meet at McDonalds or
something - arent you near there?
UCA (4/21/2006 8:50:54 AM): i ride trimt to get around
UCA (4/21/2006 8:51:18 AM): u going 2 by me a happy meal or somethin
slowandteasingfun (4/21/2006 8:51:23 AM): oh my
UCA (4/21/2006 8:51:45 AM): where after mcdon
slowandteasingfun (4/21/2006 8:51:59 AM): where ever you would like to go
UCA (4/21/2006 8:52:38 AM): well....why r we meetin
slowandteasingfun (4/21/2006 8:53:03 AM): I have to be gone for a while - I need to
leav soon
slowandteasingfun (4/21/2006 8:53:16 AM): just to see you and become friends...
slowandteasingfun (4/21/2006 8:53:26 AM): and then what happens is up to both of us
UCA (4/21/2006 8:53:42 AM): have u had sex a lot?
slowandteasingfun (4/21/2006 8:53:53 AM): well not lately
UCA (4/21/2006 8:53:58 AM): ic
slowandteasingfun (4/21/2006 8:54:02 AM): but in my life - yes
UCA (4/21/2006 8:54:06 AM): cool
slowandteasingfun (4/21/2006 8:54:14 AM): I have a lot of experience
UCA (4/21/2006 8:54:19 AM): really?

slowandteasingfun (4/21/2006 8:54:25 AM): oh yes
UCA (4/21/2006 8:54:47 AM): what expeirence would i c
slowandteasingfun (4/21/2006 8:55:11 AM): well - I love to please a woman...so I take my time
UCA (4/21/2006 8:55:21 AM): how do u please
slowandteasingfun (4/21/2006 8:55:28 AM): get my woman to be very aroused and ready
UCA (4/21/2006 8:55:41 AM): how.....just tryin 2 picture it
UCA (4/21/2006 8:55:53 AM):
slowandteasingfun (4/21/2006 8:56:04 AM): well - a lot of kissing and touching
UCA (4/21/2006 8:56:08 AM): ic
slowandteasingfun (4/21/2006 8:56:15 AM): slowly remove clothing
slowandteasingfun (4/21/2006 8:56:26 AM): I love breasts
UCA (4/21/2006 8:56:32 AM): u do huh
slowandteasingfun (4/21/2006 8:56:53 AM): and I love the taste of a woman...so I like to lick
UCA (4/21/2006 8:57:08 AM): gettin hot in this bedroom!!!
slowandteasingfun (4/21/2006 8:57:19 AM): you like that?
slowandteasingfun (4/21/2006 8:57:29 AM): getting wet?
UCA (4/21/2006 8:57:36 AM): need 2 open window
UCA (4/21/2006 8:57:53 AM): ummm.....u could say that
UCA (4/21/2006 8:58:05 AM):
slowandteasingfun (4/21/2006 8:58:20 AM): thats the tasty part
UCA (4/21/2006 8:58:38 AM): u like the tast?
slowandteasingfun (4/21/2006 8:58:42 AM): oh god yes
UCA (4/21/2006 8:58:47 AM): good
UCA (4/21/2006 8:59:00 AM): then what happens
slowandteasingfun (4/21/2006 8:59:02 AM): I could do it for hours...
UCA (4/21/2006 8:59:16 AM): that is alot of tastin!!!
slowandteasingfun (4/21/2006 8:59:27 AM): I like to make a woman cum that way
UCA (4/21/2006 8:59:37 AM): ic
slowandteasingfun (4/21/2006 8:59:57 AM): but usually - they beg me for something else
UCA (4/21/2006 9:00:17 AM): curious......something else?
slowandteasingfun (4/21/2006 9:00:34 AM): well they want me to take them with my cock
UCA (4/21/2006 9:00:51 AM): that work?
slowandteasingfun (4/21/2006 9:00:56 AM): oh yeah
slowandteasingfun (4/21/2006 9:01:05 AM): Hey - I am sorry - I need to go now.
UCA (4/21/2006 9:01:10 AM): k
UCA (4/21/2006 9:01:13 AM): sorry
slowandteasingfun (4/21/2006 9:01:16 AM): I will be back on at about 11:30
UCA (4/21/2006 9:01:23 AM): k

slowandteasingfun (4/21/2006 9:01:32 AM): we could make arrangements to meet if you like

UCA (4/21/2006 9:01:46 AM): mayb

slowandteasingfun (4/21/2006 9:01:55 AM): OK - I would love to see you

UCA (4/21/2006 9:02:10 AM): bye

slowandteasingfun (4/21/2006 9:02:41 AM): please talk to me later - you sound so hot

UCA (4/21/2006 9:02:52 AM): k...will take a nap

slowandteasingfun (4/21/2006 9:02:55 AM): what are you wearing now?

UCA (4/21/2006 9:03:12 AM): just boxers and tank top....just

slowandteasingfun (4/21/2006 9:03:17 AM): oh OK -

slowandteasingfun (4/21/2006 9:03:30 AM): well when you take your nap - think of the spanking I will give you

UCA (4/21/2006 9:03:40 AM): how hard?

slowandteasingfun (4/21/2006 9:03:49 AM): nice and hard...

UCA (4/21/2006 9:03:57 AM): k

slowandteasingfun (4/21/2006 9:04:01 AM): but I will kiss it to make it better

UCA (4/21/2006 9:04:16 AM): oh boy......

slowandteasingfun (4/21/2006 9:04:31 AM): kiss it all over...

slowandteasingfun (4/21/2006 9:04:35 AM): bye sexy girl

UCA (4/21/2006 9:04:43 AM): c ya

On May 4, 2006, at approximately 12:10 pm, affiant was logged on Yahoo! posing as a 14-year old female, from Portland, Oregon. While she was logged on and had entered a chat room entitled "Oregon1," she had a conversation with the screen name slowandteasingfun using instant messages. The following is a verbatim transcript of the instant message conversation:

UCA (5/4/2006 12:23:48 PM): there is my beav guy again

slowandteasingfun (5/4/2006 12:25:52 PM): ehllo

UCA (5/4/2006 12:26:04 PM): member me?

slowandteasingfun (5/4/2006 12:27:01 PM): no I am sorry

slowandteasingfun (5/4/2006 12:27:08 PM): oh yes

slowandteasingfun (5/4/2006 12:27:13 PM): I do

slowandteasingfun (5/4/2006 12:27:20 PM): you likve by Southridge

UCA (5/4/2006 12:27:23 PM): i was goin say...im hurt

UCA (5/4/2006 12:27:29 PM): yeah!!

UCA (5/4/2006 12:27:43 PM): i member u cause of the photo on your pf page

slowandteasingfun (5/4/2006 12:27:46 PM): you sweetie

UCA (5/4/2006 12:28:12 PM): workin 2day?

slowandteasingfun (5/4/2006 12:28:28 PM): yes

UCA (5/4/2006 12:29:04 PM): cool....i got 10 mins b4 i go back to school

slowandteasingfun (5/4/2006 12:29:19 PM): Oh OK

slowandteasingfun (5/4/2006 12:29:23 PM): I want to meet you

slowandteasingfun (5/4/2006 12:29:30 PM): can we do that some time?

UCA (5/4/2006 12:29:32 PM): cool
UCA (5/4/2006 12:29:35 PM): u bet
slowandteasingfun (5/4/2006 12:29:56 PM): when?
UCA (5/4/2006 12:30:06 PM): sometime next week
slowandteasingfun (5/4/2006 12:30:08 PM): we can have a lot of fun
UCA (5/4/2006 12:30:08 PM): ?
slowandteasingfun (5/4/2006 12:30:10 PM): really
UCA (5/4/2006 12:30:27 PM): yeah...id skip school after lunch
UCA (5/4/2006 12:30:34 PM): mommy would have no idea i was gone
slowandteasingfun (5/4/2006 12:30:36 PM): today?
slowandteasingfun (5/4/2006 12:30:40 PM): oh next week
slowandteasingfun (5/4/2006 12:30:43 PM): I got ya
slowandteasingfun (5/4/2006 12:30:48 PM): I would love it
UCA (5/4/2006 12:30:55 PM): yeah...i cannot miss anymore school
slowandteasingfun (5/4/2006 12:31:04 PM): we could go anywhere you like
slowandteasingfun (5/4/2006 12:31:16 PM): do whatever you like...
UCA (5/4/2006 12:31:17 PM): well....mr slowteasingfu...what would we do
UCA (5/4/2006 12:32:03 PM): hello?
slowandteasingfun (5/4/2006 12:32:47 PM): anything you like
slowandteasingfun (5/4/2006 12:33:12 PM): shopping - anything...sex anything?
UCA (5/4/2006 12:33:31 PM): sex anything.....hmmmm
UCA (5/4/2006 12:33:34 PM): mayb
slowandteasingfun (5/4/2006 12:34:03 PM): I am gentle...and I will treat you like you
want to be treated...
UCA (5/4/2006 12:34:04 PM): would it involve the thing on your profile page?
slowandteasingfun (5/4/2006 12:34:22 PM): oh yes
UCA (5/4/2006 12:34:27 PM): mmmmm
UCA (5/4/2006 12:34:42 PM): can not meet at my house then
UCA (5/4/2006 12:34:49 PM): neighbors....
slowandteasingfun (5/4/2006 12:35:17 PM): where are your neighbors?
UCA (5/4/2006 12:35:45 PM): i live in apartment.....just dont want them 2 c a guy
they dont know goin in....they could tell mommy
UCA (5/4/2006 12:36:37 PM): i can ride the bus somewhere
slowandteasingfun (5/4/2006 12:37:47 PM): OK
slowandteasingfun (5/4/2006 12:37:59 PM): well think about where you would like to
meet
slowandteasingfun (5/4/2006 12:38:04 PM): and we can go somewhere
slowandteasingfun (5/4/2006 12:38:07 PM): even my house
slowandteasingfun (5/4/2006 12:38:16 PM): if it is free
UCA (5/4/2006 12:38:34 PM): u live round allen?
slowandteasingfun (5/4/2006 12:38:42 PM): yes
UCA (5/4/2006 12:38:50 PM): k
slowandteasingfun (5/4/2006 12:39:41 PM): we can meet up at Scholls near 24hour

fitness at one of the restaurants there

slowandteasingfun (5/4/2006 12:40:29 PM): anywhere you like
UCA (5/4/2006 12:40:54 PM): k
UCA (5/4/2006 12:41:06 PM): u could pick me up from beav tc
slowandteasingfun (5/4/2006 12:41:28 PM): yes
slowandteasingfun (5/4/2006 12:41:31 PM): perfect
slowandteasingfun (5/4/2006 12:43:32 PM): we can go anywhere then
UCA (5/4/2006 12:43:45 PM): only thing im scared bout is gettin preg
UCA (5/4/2006 12:43:50 PM): mom would kill me
slowandteasingfun (5/4/2006 12:44:05 PM): well you cannot
slowandteasingfun (5/4/2006 12:44:07 PM): with me
slowandteasingfun (5/4/2006 12:44:14 PM): my tubes are cut
slowandteasingfun (5/4/2006 12:44:20 PM): I have no sperm...
UCA (5/4/2006 12:44:27 PM): cool.....
slowandteasingfun (5/4/2006 12:44:36 PM): I have a lot of semen - but no sperm cells
UCA (5/4/2006 12:45:05 PM): k
UCA (5/4/2006 12:45:16 PM): any bad stuff?
slowandteasingfun (5/4/2006 12:45:50 PM): oh no
slowandteasingfun (5/4/2006 12:45:54 PM): clean clean
slowandteasingfun (5/4/2006 12:45:56 PM): very clean
UCA (5/4/2006 12:45:57 PM): k
UCA (5/4/2006 12:46:15 PM): r u sum rape dude that is goin kill me
UCA (5/4/2006 12:46:37 PM): what if u think im ugly?
slowandteasingfun (5/4/2006 12:47:07 PM): oh god no
slowandteasingfun (5/4/2006 12:47:18 PM): that is why we should meet in a public
place
slowandteasingfun (5/4/2006 12:47:23 PM): you can make up your mind
UCA (5/4/2006 12:47:26 PM): k....
UCA (5/4/2006 12:47:58 PM): is it ok im 14.....member age just a #
UCA (5/4/2006 12:48:09 PM): im not a virgin
slowandteasingfun (5/4/2006 12:48:46 PM): I didnt want you to tell me
slowandteasingfun (5/4/2006 12:48:55 PM): you are 18
UCA (5/4/2006 12:49:03 PM): i know...but i did not want 2 me and then u walk away
UCA (5/4/2006 12:49:15 PM): i can play along
slowandteasingfun (5/4/2006 12:49:33 PM): no I know you are 18
UCA (5/4/2006 12:49:39 PM): k
UCA (5/4/2006 12:50:32 PM): u got a pic....just so we know who we r lookin 4 when
the day comes
slowandteasingfun (5/4/2006 12:51:11 PM): oh sure
slowandteasingfun (5/4/2006 12:51:18 PM): but I cant right now at work here
slowandteasingfun (5/4/2006 12:51:27 PM): I will send one a little later
UCA (5/4/2006 12:51:43 PM): k
slowandteasingfun (5/4/2006 12:52:07 PM): so will you send one too

UCA (5/4/2006 12:52:15 PM): when u do..abso

slowandteasingfun (5/4/2006 12:52:45 PM): OK

UCA (5/4/2006 12:52:58 PM): my last bf had the lube for sex....u think you can get sum?

slowandteasingfun (5/4/2006 12:53:39 PM): I can sure - but you wont need it

UCA (5/4/2006 12:53:48 PM): why?

slowandteasingfun (5/4/2006 12:54:29 PM): I will get you wetter than you have ever been before...I take my time...and make sure you are just going crazy wanting my cock

UCA (5/4/2006 12:54:42 PM): WOW

UCA (5/4/2006 12:54:50 PM): face just got hot

slowandteasingfun (5/4/2006 12:54:54 PM): that is what makes you very very wet

slowandteasingfun (5/4/2006 12:55:04 PM): taking it slow

UCA (5/4/2006 12:55:05 PM):

slowandteasingfun (5/4/2006 12:55:20 PM): also I have a lot of precum usually I can squeeze out to lube you

UCA (5/4/2006 12:55:23 PM): what do u plan 2 do 2 me

UCA (5/4/2006 12:55:41 PM): who is on top?

slowandteasingfun (5/4/2006 12:55:57 PM): I like it either way

UCA (5/4/2006 12:56:13 PM): cool

slowandteasingfun (5/4/2006 12:56:18 PM): it is usually nice for a girl to get on top and control the motion

slowandteasingfun (5/4/2006 12:56:23 PM): for her best orgasm

UCA (5/4/2006 12:56:26 PM): SHIT....i need 2 get goin

UCA (5/4/2006 12:56:34 PM): best i go....gettin a little wet!!

slowandteasingfun (5/4/2006 12:56:39 PM): nice

UCA (5/4/2006 12:56:45 PM): u round tomorrow during lunch?

slowandteasingfun (5/4/2006 12:56:47 PM): wish I could lick your wet pussy

slowandteasingfun (5/4/2006 12:56:49 PM): yeah

UCA (5/4/2006 12:56:54 PM): defin wet!!

slowandteasingfun (5/4/2006 12:56:57 PM): nice

slowandteasingfun (5/4/2006 12:57:03 PM): yummy

UCA (5/4/2006 12:57:08 PM): just lookin at your profile shot

slowandteasingfun (5/4/2006 12:57:21 PM): I am very hard

UCA (5/4/2006 12:57:32 PM): how hard?

UCA (5/4/2006 12:57:54 PM): tomorrow during lunch?

UCA (5/4/2006 12:58:02 PM): chat again?

slowandteasingfun (5/4/2006 12:58:36 PM): very hard and soaking wet

slowandteasingfun (5/4/2006 12:58:45 PM): I have pre cumming out

slowandteasingfun (5/4/2006 12:58:56 PM): see you tomorrow at this time

slowandteasingfun (5/4/2006 12:59:04 PM): bye - dont be late

UCA (5/4/2006 12:59:05 PM): my white pantes little wet

slowandteasingfun (5/4/2006 12:59:11 PM): oh god I want you

slowandteasingfun (5/4/2006 12:59:15 PM): I need you

UCA (5/4/2006 12:59:17 PM): should get your first name.....tiffany

slowandteasingfun (5/4/2006 12:59:24 PM): Rick

slowandteasingfun (5/4/2006 12:59:27 PM): thank you Tiffany

UCA (5/4/2006 12:59:37 PM): bye rick....and thanks
slowandteasingfun (5/4/2006 1:00:05 PM): bye Tiffany - cant wait to train you

On May 5, 2006, at approximately 12:49 pm, affiant was logged on Yahoo! posing as a 14-year old female, from Portland, Oregon.  While she was logged on and had entered a chat room entitled "Oregon1," the screen name slowandteasingfun contacted her using an instant message.  On this date, slowandteasingfun was added to the affiant's contact messenger list. Once this was done, slowandteasingfun's first and last name, RICHARD MORRIS, appeared on the transcript page.  The following is a verbatim transcript of the instant message conversation:

UCA (5/5/2006 12:49:10 PM): just 4 another 10 min
UCA (5/5/2006 12:49:14 PM): u doin good
Richard Morris (5/5/2006 12:49:27 PM): I am doing great
Richard Morris (5/5/2006 12:50:06 PM): so when can I meet you?
UCA (5/5/2006 12:50:19 PM): well.....when is good 4 u?
UCA (5/5/2006 12:50:34 PM): when im in school....or should be....wood be best
Richard Morris (5/5/2006 12:50:36 PM): I know it will be most difficult for you
Richard Morris (5/5/2006 12:50:52 PM): so you give me some ideas
UCA (5/5/2006 12:51:28 PM): ummm
Richard Morris (5/5/2006 12:51:28 PM): well how about some day next week?
Richard Morris (5/5/2006 12:51:35 PM): do you have any preference?
UCA (5/5/2006 12:51:38 PM): yah...next week should work
Richard Morris (5/5/2006 12:51:48 PM): like what day?
UCA (5/5/2006 12:51:50 PM): middle of the week
Richard Morris (5/5/2006 12:51:51 PM): afternoon?
UCA (5/5/2006 12:51:55 PM): weds or thurs
Richard Morris (5/5/2006 12:51:59 PM): Wednesday?
Richard Morris (5/5/2006 12:52:02 PM): ok
UCA (5/5/2006 12:52:09 PM): yeah...i will leave at lunch
Richard Morris (5/5/2006 12:52:09 PM): Wednesday works good for me
UCA (5/5/2006 12:52:16 PM): meet a beav tc
UCA (5/5/2006 12:52:18 PM): ?
Richard Morris (5/5/2006 12:52:28 PM): that is a long way for you isnt it?
Richard Morris (5/5/2006 12:52:36 PM): that is perfect for me
Richard Morris (5/5/2006 12:52:42 PM): but that is fine
UCA (5/5/2006 12:52:57 PM): no....hop on a bus on scholls ferry...gets me right there
Richard Morris (5/5/2006 12:53:02 PM): OK
Richard Morris (5/5/2006 12:53:04 PM): deal
UCA (5/5/2006 12:53:08 PM): and it is not near my house
Richard Morris (5/5/2006 12:53:08 PM): what time?
Richard Morris (5/5/2006 12:53:12 PM): OK

UCA (5/5/2006 12:53:27 PM): ill email u this weekend.....but round 1230?
Richard Morris (5/5/2006 12:53:35 PM): sounds perfect
UCA (5/5/2006 12:53:42 PM): are u goin be a dick and not show?
Richard Morris (5/5/2006 12:53:55 PM): hehehe
UCA (5/5/2006 12:54:00 PM): well?
Richard Morris (5/5/2006 12:54:07 PM): what do you want to see?
UCA (5/5/2006 12:54:22 PM): we already talked bout that
UCA (5/5/2006 12:54:34 PM): member the temp goin up last time we talked?
Richard Morris (5/5/2006 12:54:39 PM): just a sec
UCA (5/5/2006 12:56:27 PM): WOW....that is huge!!!
UCA (5/5/2006 12:56:46 PM): u gettin warmed up i c
Richard Morris (5/5/2006 12:57:01 PM): yes
Richard Morris (5/5/2006 12:57:07 PM): want me to cum?
UCA (5/5/2006 12:57:14 PM): if u got it
Richard Morris (5/5/2006 12:57:30 PM): watch close
Richard Morris (5/5/2006 12:57:58 PM): you see?
UCA (5/5/2006 12:58:03 PM): o yah
UCA (5/5/2006 12:58:10 PM): u think of me?
Richard Morris (5/5/2006 12:58:23 PM): yeh
Richard Morris (5/5/2006 12:58:41 PM): close
UCA (5/5/2006 12:58:48 PM): u always make me flusterd when i need 2 go
Richard Morris (5/5/2006 12:59:22 PM): did you see?
UCA (5/5/2006 12:59:36 PM): YES.......im impresed
Richard Morris (5/5/2006 12:59:43 PM): nice
Richard Morris (5/5/2006 12:59:52 PM): it felt soooooo good
Richard Morris (5/5/2006 12:59:55 PM): thank you
UCA (5/5/2006 1:00:05 PM): anytime....and i mean that
Richard Morris (5/5/2006 1:00:11 PM): nice
Richard Morris (5/5/2006 1:00:17 PM): you better get back
UCA (5/5/2006 1:00:24 PM):yeah....need 2 take a min
Richard Morris (5/5/2006 1:00:36 PM): I cant wait to meet you
UCA (5/5/2006 1:00:47 PM): ME 2!!!!
Richard Morris (5/5/2006 1:01:11 PM): wow - out of breath
UCA (5/5/2006 1:01:13 PM): i will chat or leave u an email later
Richard Morris (5/5/2006 1:01:20 PM): ok sexy
Richard Morris (5/5/2006 1:01:25 PM): thank you baby
UCA (5/5/2006 1:01:27 PM): we goin be out of breath next week?
Richard Morris (5/5/2006 1:01:37 PM): I bet you look so fucking nice
Richard Morris (5/5/2006 1:01:40 PM): cool
UCA (5/5/2006 1:01:49 PM): yeah
UCA (5/5/2006 1:02:02 PM): c yah
UCA (5/5/2006 1:02:07 PM):
Richard Morris (5/5/2006 1:02:08 PM): bye sexy girl
UCA (5/5/2006 1:02:13 PM):
Richard Morris (5/5/2006 1:02:19 PM):
Richard Morris (5/5/2006 1:02:24 PM):

On May 6, 2006, at approximately 8:00 pm, affiant was logged on Yahoo! posing as a 14-year old female, from Portland, Oregon. When she logged on, there was an offline instant messages from MORRIS that was sent on May 6, 2006 at approximately 01:49 pm. Offline instant messages allow Yahoo! users to send an instant message to another Yahoo! user when they are not logged on. When the Yahoo! recipient logs on, the instant message will appear. The following is a verbatim transcript of the instant message conversation on May 6, 2006 at approximately 0149 pm :

        Richard Morris (1:49:58 PM): Hi Kim - I would love to hear from you

The following is a verbatim transcript of the instant message conversation on May 6, 2006:

UCA (5/6/2006 8:03:50 PM): u there
Richard Morris (5/6/2006 8:04:04 PM): hi there just a second
Richard Morris (5/6/2006 8:05:25 PM): Hi there
Richard Morris (5/6/2006 8:05:28 PM): are you there?
UCA (5/6/2006 8:05:31 PM): yup
UCA (5/6/2006 8:05:47 PM): i was hopin u were goin b on
Richard Morris (5/6/2006 8:06:03 PM): why is that?
UCA (5/6/2006 8:06:35 PM): i liked our last chat yest
Richard Morris (5/6/2006 8:06:40 PM): I did too
Richard Morris (5/6/2006 8:06:43 PM): god you are sexy
UCA (5/6/2006 8:07:00 PM):
UCA (5/6/2006 8:07:14 PM): thx
Richard Morris (5/6/2006 8:07:26 PM): I want to see you so bad
UCA (5/6/2006 8:07:31 PM): me 2
UCA (5/6/2006 8:07:37 PM): in couple days...i hope
UCA (5/6/2006 8:07:39 PM): ???
Richard Morris (5/6/2006 8:07:56 PM): yes
UCA (5/6/2006 8:08:04 PM): thinkin alot bout what i saw on cam
Richard Morris (5/6/2006 8:08:14 PM): were you?
UCA (5/6/2006 8:08:17 PM): lots
Richard Morris (5/6/2006 8:08:17 PM): nice
Richard Morris (5/6/2006 8:08:23 PM): do you want that?
UCA (5/6/2006 8:08:49 PM): i will let u take a guess
Richard Morris (5/6/2006 8:09:04 PM): oh my god
UCA (5/6/2006 8:09:16 PM): u gettin excitd again?
Richard Morris (5/6/2006 8:09:31 PM): yes
UCA (5/6/2006 8:09:39 PM): OH BOY!!!!!
Richard Morris (5/6/2006 8:10:30 PM): yes

Richard Morris (5/6/2006 8:11:03 PM): I cant show you now

UCA (5/6/2006 8:11:08 PM): thats fine

Richard Morris (5/6/2006 8:11:21 PM): so you want me to be inside of you when we meet?

UCA (5/6/2006 8:11:22 PM): i want 2 wait 4 the real show

UCA (5/6/2006 8:11:48 PM): yes....if u dont mind....

Richard Morris (5/6/2006 8:11:54 PM): really?

Richard Morris (5/6/2006 8:12:02 PM): or do you just want to see and touch it

UCA (5/6/2006 8:12:14 PM): NOT AT ALL!!!!

Richard Morris (5/6/2006 8:12:51 PM): you want to try it?

UCA (5/6/2006 8:13:04 PM): thought u said u can not wait 2 train me?

Richard Morris (5/6/2006 8:13:14 PM): I know

Richard Morris (5/6/2006 8:13:16 PM): I do

UCA (5/6/2006 8:13:27 PM): if u were lyin...i would b very

Richard Morris (5/6/2006 8:13:56 PM): no - I want to so bad

Richard Morris (5/6/2006 8:14:05 PM): you will feel so good to me

UCA (5/6/2006 8:14:15 PM):

UCA (5/6/2006 8:14:23 PM): that makes me feel good when u say that

UCA (5/6/2006 8:14:39 PM): i can also touch IT if u want

Richard Morris (5/6/2006 8:14:52 PM): yes I would like you to explore it

UCA (5/6/2006 8:15:02 PM): u got a map?

Richard Morris (5/6/2006 8:15:10 PM): yeah

UCA (5/6/2006 8:15:12 PM):

UCA (5/6/2006 8:15:33 PM): wed still good 4 u?

Richard Morris (5/6/2006 8:15:58 PM): yes

UCA (5/6/2006 8:16:05 PM): YIPEE

Richard Morris (5/6/2006 8:16:34 PM): we can do what ever you like to do

Richard Morris (5/6/2006 8:16:43 PM): I cant wait to feel your tits in my hands

UCA (5/6/2006 8:17:30 PM): we already talked bout the no preg...right

Richard Morris (5/6/2006 8:17:51 PM): you cannot with me

Richard Morris (5/6/2006 8:17:54 PM): impossible

Richard Morris (5/6/2006 8:18:30 PM): I will fill you with lots of my hot juice...

Richard Morris (5/6/2006 8:18:31 PM): ok?

UCA (5/6/2006 8:18:40 PM): i know....do u think we should still have sum...just in case

UCA (5/6/2006 8:18:49 PM): nevermind

UCA (5/6/2006 8:19:01 PM): forgot.....u got cut....lol

Richard Morris (5/6/2006 8:19:14 PM): I will wear one if you like

UCA (5/6/2006 8:19:30 PM): mayb the first time....get me warmed up?

Richard Morris (5/6/2006 8:19:40 PM): well ok

UCA (5/6/2006 8:20:04 PM): u know what....have one around.....i will probab b 2 excitd 2 care!!

Richard Morris (5/6/2006 8:20:25 PM): I will have a few with me

Richard Morris (5/6/2006 8:20:49 PM): have you ever held or felt a cock?

UCA (5/6/2006 8:20:53 PM): cool...i wood luv some hot juice

UCA (5/6/2006 8:21:03 PM): yeah....not as big as yours!!!!

Richard Morris (5/6/2006 8:21:11 PM): you have had a cock?
UCA (5/6/2006 8:22:08 PM): last bf....we tried...he did not do a very good job
Richard Morris (5/6/2006 8:22:14 PM): hehehe
Richard Morris (5/6/2006 8:22:18 PM): what happened?
UCA (5/6/2006 8:22:30 PM): i think he had 2 much 2 drink
Richard Morris (5/6/2006 8:22:48 PM): did he cum?
UCA (5/6/2006 8:22:57 PM): by the way....u think u could have some winecoolrs 4 us
Richard Morris (5/6/2006 8:23:05 PM): sure
UCA (5/6/2006 8:23:11 PM): a little....not as much as u
Richard Morris (5/6/2006 8:23:18 PM): ok
UCA (5/6/2006 8:23:32 PM): u excitd?
UCA (5/6/2006 8:23:44 PM): im nervous....but happy nervous
Richard Morris (5/6/2006 8:23:51 PM): I am so excited
Richard Morris (5/6/2006 8:23:55 PM): hard
UCA (5/6/2006 8:24:11 PM): i was hopin so
UCA (5/6/2006 8:24:20 PM): be sure u do not get tired
UCA (5/6/2006 8:24:31 PM): wed will b a very BIG day
Richard Morris (5/6/2006 8:24:35 PM): yes
Richard Morris (5/6/2006 8:24:38 PM): no problem
Richard Morris (5/6/2006 8:24:50 PM): you will be at the Beaverton Transit Center at
4:00
Richard Morris (5/6/2006 8:25:14 PM): Wedensday
UCA (5/6/2006 8:25:21 PM): 4? i was thinkin round 1230
Richard Morris (5/6/2006 8:25:29 PM): oh yeah
Richard Morris (5/6/2006 8:25:30 PM): right
Richard Morris (5/6/2006 8:25:32 PM): sorry
UCA (5/6/2006 8:25:35 PM): so i could skip school right b4 lunch
UCA (5/6/2006 8:25:47 PM): u goin back 2 your place then?
Richard Morris (5/6/2006 8:25:51 PM): sure
Richard Morris (5/6/2006 8:25:54 PM): if you like
UCA (5/6/2006 8:25:55 PM): sorry...we
Richard Morris (5/6/2006 8:26:02 PM): or we can go to a hotel
UCA (5/6/2006 8:26:20 PM): yeah.....hotel could b good
Richard Morris (5/6/2006 8:26:27 PM): it is fun
UCA (5/6/2006 8:26:30 PM): there is that 1 right next 2 beav tc
UCA (5/6/2006 8:26:46 PM): my friends and i have drank there last summer
Richard Morris (5/6/2006 8:26:46 PM): yeah - pretty close
UCA (5/6/2006 8:26:50 PM): cheap
Richard Morris (5/6/2006 8:27:06 PM): is it?
UCA (5/6/2006 8:27:09 PM): i can steal 30 bucks from my moms bf 2 help pay
UCA (5/6/2006 8:27:27 PM): yeah.....bout 1 block away
Richard Morris (5/6/2006 8:27:39 PM): oh no - I will pay
UCA (5/6/2006 8:27:57 PM): u sure
Richard Morris (5/6/2006 8:28:05 PM): oh yeah
UCA (5/6/2006 8:28:10 PM): 4 that....u may get somethin special
Richard Morris (5/6/2006 8:28:15 PM): oh really?

Richard Morris (5/6/2006 8:28:18 PM): what is that?
UCA (5/6/2006 8:28:39 PM): well....first i will let u pick what i wear....of course it does not matter anyway
UCA (5/6/2006 8:28:46 PM):
Richard Morris (5/6/2006 8:29:00 PM): no you pick your clothes
Richard Morris (5/6/2006 8:29:07 PM): I do like cute little dresses
Richard Morris (5/6/2006 8:29:13 PM): cute panties
UCA (5/6/2006 8:29:20 PM): i will then let u pick anything u either want 2 do 2 me...or i can do 2 u.....and it is DONE!!
Richard Morris (5/6/2006 8:29:29 PM): u want me 2 wear panties?
UCA (5/6/2006 8:29:39 PM): i have a little denum skirt
Richard Morris (5/6/2006 8:29:44 PM): a dress and panties
Richard Morris (5/6/2006 8:29:47 PM): nice
Richard Morris (5/6/2006 8:29:48 PM): lovely
UCA (5/6/2006 8:29:49 PM): k
UCA (5/6/2006 8:29:54 PM): what color panites
Richard Morris (5/6/2006 8:30:20 PM): any color
Richard Morris (5/6/2006 8:30:28 PM): cute ones - girlie ones
Richard Morris (5/6/2006 8:30:50 PM): acute top and bra
UCA (5/6/2006 8:30:54 PM): k....little white ones
Richard Morris (5/6/2006 8:31:13 PM): nice
UCA (5/6/2006 8:31:15 PM): u can keep them when we r done
UCA (5/6/2006 8:31:23 PM):
Richard Morris (5/6/2006 8:31:36 PM): oh nice
UCA (5/6/2006 8:31:42 PM): if u want
Richard Morris (5/6/2006 8:31:44 PM): I will keep your scent with me for good
Richard Morris (5/6/2006 8:31:57 PM): I will go to bed at night and sniff them...
UCA (5/6/2006 8:31:58 PM):
Richard Morris (5/6/2006 8:32:01 PM): and remember you
UCA (5/6/2006 8:32:42 PM): oh boy.....im lookin forward 2 wed
Richard Morris (5/6/2006 8:32:47 PM): will you kiss my cock?
UCA (5/6/2006 8:33:02 PM): not if....but how many times
Richard Morris (5/6/2006 8:33:19 PM): nice
Richard Morris (5/6/2006 8:33:27 PM): I want to kiss your sweet pussy
UCA (5/6/2006 8:33:46 PM):
UCA (5/6/2006 8:33:54 PM): how many times
Richard Morris (5/6/2006 8:34:34 PM): I will kiss and lick it until it is soaking and dripping your juices
Richard Morris (5/6/2006 8:35:14 PM): I will get you hot for my cock before I give it to you
UCA (5/6/2006 8:35:17 PM): a shower will b needed when done
Richard Morris (5/6/2006 8:35:47 PM): maybe
Richard Morris (5/6/2006 8:36:21 PM): I want to slide it in to you slowly
Richard Morris (5/6/2006 8:36:34 PM): so you dont feel too much pain
Richard Morris (5/6/2006 8:36:46 PM): once inside all the way - it will feel so good
UCA (5/6/2006 8:37:07 PM): with somethin that big...i hope so

UCA (5/6/2006 8:37:13 PM): i will take your word 4 it
Richard Morris (5/6/2006 8:37:21 PM): I think I will cum fairly quickly
UCA (5/6/2006 8:37:23 PM): then let u show me
UCA (5/6/2006 8:37:35 PM): if quick...try again?
Richard Morris (5/6/2006 8:37:39 PM): you will be so hot and tight
Richard Morris (5/6/2006 8:37:49 PM): I stay hard after orgasm...
Richard Morris (5/6/2006 8:38:07 PM): when I cum - my cum will just soak you
Richard Morris (5/6/2006 8:38:21 PM): then I will continue fucking you
UCA (5/6/2006 8:38:22 PM): i know....i saw the cam yest
Richard Morris (5/6/2006 8:38:37 PM): until you cum
Richard Morris (5/6/2006 8:38:50 PM): I hope you squirt when you cum
Richard Morris (5/6/2006 8:39:00 PM): If you dont that is ok
Richard Morris (5/6/2006 8:39:08 PM): most women do not
UCA (5/6/2006 8:39:15 PM): u think i will...if i get hot enuff
UCA (5/6/2006 8:39:20 PM): that will b your job
Richard Morris (5/6/2006 8:39:22 PM): maybe
Richard Morris (5/6/2006 8:39:25 PM): yes
Richard Morris (5/6/2006 8:39:32 PM): my tongue and cock will do that
Richard Morris (5/6/2006 8:39:51 PM): I cant wait to see my fat cock pushing in your
skinny little ass
Richard Morris (5/6/2006 8:39:57 PM): I want you so bad
UCA (5/6/2006 8:40:06 PM): just dont hurt me
UCA (5/6/2006 8:40:09 PM): lol
UCA (5/6/2006 8:40:14 PM):
Richard Morris (5/6/2006 8:40:29 PM): I wont - I have to leave now baby
Richard Morris (5/6/2006 8:40:32 PM): sorry
Richard Morris (5/6/2006 8:40:36 PM): I have to pick up my son
UCA (5/6/2006 8:40:47 PM): me 2....chat tomorrow....same time?
Richard Morris (5/6/2006 8:40:52 PM): sure
Richard Morris (5/6/2006 8:41:00 PM): love ya sweetie
UCA (5/6/2006 8:41:12 PM): bye baby
Richard Morris (5/6/2006 8:41:18 PM): bye babe

On May 8, 2006, at approximately 11:10 am, affiant was logged on Yahoo! posing as a

14-year old female, from Portland, Oregon. When she logged on, there was an offline instant

messages from MORRIS that was sent on May 8, 2006 at approximately 08:39 am. The

following is a verbatim transcript of the instant message conversation on May 8, 2006 at

approximately 08:39 am :

Richard Morris (8:39:01 AM): I might be invisible today if you want to say hello

... just send me an IM

The following is a verbatim transcript of the instant message conversation on May 8, 2006. During this conversation, the affiant sent RICHARD MORRIS a undercover photograph of a underage female minor:

UCA (5/8/2006 11:15:06 AM): HEY!!
Richard Morris (5/8/2006 11:15:15 AM): hello there
Richard Morris (5/8/2006 11:15:21 AM): arent you in school?
UCA (5/8/2006 11:15:30 AM): well....i was!! lol
Richard Morris (5/8/2006 11:15:47 AM): oh oh
UCA (5/8/2006 11:15:49 AM): goin get a bite 2 eat
Richard Morris (5/8/2006 11:16:09 AM): mmmm sounds good
UCA (5/8/2006 11:16:16 AM): sorry bout last night.....i called mom bf a dick 2 his face
Richard Morris (5/8/2006 11:16:26 AM): oh OK
Richard Morris (5/8/2006 11:16:32 AM): no problem
UCA (5/8/2006 11:16:44 AM): mom took comp away...but i found it!!
Richard Morris (5/8/2006 11:16:50 AM): OK
UCA (5/8/2006 11:16:55 AM): u doin good?
Richard Morris (5/8/2006 11:17:08 AM): I am fine...I am at work unfortunately
Richard Morris (5/8/2006 11:17:15 AM): wish I could cut out like you
Richard Morris (5/8/2006 11:17:31 AM): maybe you could give me a reason
UCA (5/8/2006 11:17:53 AM): i wish....but if wed is goin work...i need 2 show up 4 classes 2day and tom
UCA (5/8/2006 11:18:21 AM): but i wish i could give u the reason
Richard Morris (5/8/2006 11:18:36 AM): yes I know...
Richard Morris (5/8/2006 11:18:51 AM):
Richard Morris (5/8/2006 11:18:56 AM): god I want to please you so much
UCA (5/8/2006 11:19:05 AM): u gettin excitd?!!
UCA (5/8/2006 11:19:16 AM): i could not sleep last night
Richard Morris (5/8/2006 11:19:22 AM): oh yes
Richard Morris (5/8/2006 11:19:26 AM): really?
Richard Morris (5/8/2006 11:19:36 AM): you thinking about it so much?
Richard Morris (5/8/2006 11:19:47 AM): wow - that makes me really excited...
Richard Morris (5/8/2006 11:20:06 AM): I came about 5 times over the weekend thinking about you
UCA (5/8/2006 11:20:30 AM): oh yeah.....the cam show u gave.....makes me very happy
UCA (5/8/2006 11:20:45 AM): 5 times!!!! dont use it all up!!
Richard Morris (5/8/2006 11:20:54 AM): oh no - wont happen
Richard Morris (5/8/2006 11:21:10 AM): I will probably do 5 times minimum with you on Wednesday
UCA (5/8/2006 11:21:38 AM): i just hope i make u happy
Richard Morris (5/8/2006 11:21:45 AM): oh you will
Richard Morris (5/8/2006 11:21:55 AM): if you just even show up

Richard Morris (5/8/2006 11:22:46 AM): Even if all you let me do was look at your tits and pussy - I would be so happy

UCA (5/8/2006 11:23:11 AM): really? is that ALL u want 2 do!?

Richard Morris (5/8/2006 11:23:25 AM): NO

UCA (5/8/2006 11:23:40 AM): i was startin 2 get

Richard Morris (5/8/2006 11:23:42 AM): but if that was all you allowed me to do - I would be very happy

Richard Morris (5/8/2006 11:24:09 AM): oh no - I want to fill you with all my cum

UCA (5/8/2006 11:24:21 AM):

UCA (5/8/2006 11:24:34 AM): like on the web cam?

Richard Morris (5/8/2006 11:25:13 AM): yes

Richard Morris (5/8/2006 11:25:18 AM): but inside you...

Richard Morris (5/8/2006 11:25:41 AM): you will feel all that hot cum shooting against your cervix

UCA (5/8/2006 11:25:57 AM): WOW....u r makin me hot again!!

Richard Morris (5/8/2006 11:26:07 AM): maybe I will cum all over your tits

Richard Morris (5/8/2006 11:26:15 AM): and massage all of it into your skin

UCA (5/8/2006 11:26:34 AM): if u have soft hands.....go 4 it!!!

Richard Morris (5/8/2006 11:27:15 AM): I have kind of rough hands - you can judge

Richard Morris (5/8/2006 11:27:36 AM): I want you to put your lips on my cock too and suck me

Richard Morris (5/8/2006 11:28:28 AM): are you there?

UCA (5/8/2006 11:28:47 AM): sorry....dropped my sandwich

UCA (5/8/2006 11:28:59 AM): how long u want me 2 suck?

Richard Morris (5/8/2006 11:30:02 AM): oh it is up to you...just to see if you like doing it

UCA (5/8/2006 11:30:34 AM): i def do not mind

UCA (5/8/2006 11:30:40 AM): just want 2 do it the right way

Richard Morris (5/8/2006 11:30:51 AM): If you like doing it - I will let you go as long as you choose

Richard Morris (5/8/2006 11:31:01 AM): and if you want I can cum in your mouth

UCA (5/8/2006 11:31:22 AM): it wood b a mouth full

UCA (5/8/2006 11:31:45 AM): iv never had cum in my mouth......good thing?

Richard Morris (5/8/2006 11:32:27 AM): well you be the judge...but most men love to cum in a woman's mouth...something very dominating for a man to do that

Richard Morris (5/8/2006 11:32:51 AM): but I will do that after the first one which will be in your pussy

UCA (5/8/2006 11:33:13 AM): k....i want 2 make u happy!!!! i can always give it a try....right?

Richard Morris (5/8/2006 11:33:25 AM): sure

Richard Morris (5/8/2006 11:33:55 AM): thank you for being open to it...but really I would love to please you and teach you how to do things.

Richard Morris (5/8/2006 11:34:04 AM): that will make your future boyfriends very happy

UCA (5/8/2006 11:34:31 AM): i wont complian if u want 2 please me!!

UCA (5/8/2006 11:34:53 AM): i dont mind bein the student

Richard Morris (5/8/2006 11:34:58 AM): OK

Richard Morris (5/8/2006 11:35:10 AM): I do - want to please YOU more than anything

Richard Morris (5/8/2006 11:35:34 AM): what are you going to wear hun?

UCA (5/8/2006 11:36:18 AM): the blue denum skirt i told u bout....pretty short!!!! white thong panties...white bra......

Richard Morris (5/8/2006 11:36:48 AM): lovely

Richard Morris (5/8/2006 11:36:54 AM): what shirt will you wear?

UCA (5/8/2006 11:37:16 AM): i dont know....any choices?

Richard Morris (5/8/2006 11:37:27 AM): I dont know what you have...

Richard Morris (5/8/2006 11:37:43 AM): does your bra unhook from the front or back?

UCA (5/8/2006 11:37:44 AM): i have a lot of shirts.....tryin 2 thinkk

UCA (5/8/2006 11:38:01 AM): i have both bras.....what would u like

Richard Morris (5/8/2006 11:38:12 AM): up front hook

UCA (5/8/2006 11:38:22 AM): k...u like that?

Richard Morris (5/8/2006 11:38:30 AM): do you have a front button up shirt?

UCA (5/8/2006 11:38:51 AM): yeah.....thought bought wearin a white shirt

UCA (5/8/2006 11:39:12 AM): button up front....shows a little belly?

Richard Morris (5/8/2006 11:40:00 AM): oh nice

Richard Morris (5/8/2006 11:40:03 AM): perfect

Richard Morris (5/8/2006 11:40:17 AM): that way I can slowly unbtton your top

Richard Morris (5/8/2006 11:40:40 AM): unhook your bra and pull your shirt open to expose your soft lovely tits

UCA (5/8/2006 11:40:47 AM): oh WOW

Richard Morris (5/8/2006 11:41:01 AM): you like that?

UCA (5/8/2006 11:41:08 AM): UH HUH!!!

UCA (5/8/2006 11:41:29 AM): u slowly and softly touchin my skin?

Richard Morris (5/8/2006 11:41:33 AM): I want to touch them with my hands and suck on them and kiss them and lick them

Richard Morris (5/8/2006 11:41:36 AM): yes

UCA (5/8/2006 11:41:49 AM): OH YES

Richard Morris (5/8/2006 11:41:51 AM): slooowwwwww and soft and gentle

Richard Morris (5/8/2006 11:42:16 AM): I am so hard now thinking about you

UCA (5/8/2006 11:43:12 AM): temp went up bout 20 degreesss in here

Richard Morris (5/8/2006 11:43:57 AM): hehehe

Richard Morris (5/8/2006 11:44:02 AM): I want you girl

Richard Morris (5/8/2006 11:44:04 AM): so badly

Richard Morris (5/8/2006 11:44:20 AM): you will never forget and it will be very, very pleasant for you

UCA (5/8/2006 11:44:21 AM): bout 48hrs !!!!!

Richard Morris (5/8/2006 11:44:35 AM): I do not want you to be scared OK?

UCA (5/8/2006 11:44:59 AM): k....im just excitd nervous.....

Richard Morris (5/8/2006 11:45:08 AM): I promise I will not hurt you or anything OK? and I will stop when you say stop

UCA (5/8/2006 11:45:27 AM): k....and if i dont say stop?!

Richard Morris (5/8/2006 11:45:28 AM): I know this is very new to you...and i want you to love sex forever.

Richard Morris (5/8/2006 11:45:44 AM): well you will get it all...

UCA (5/8/2006 11:45:56 AM):

Richard Morris (5/8/2006 11:46:07 AM):

Richard Morris (5/8/2006 11:46:22 AM): that little outfit sounds so sexy

UCA (5/8/2006 11:46:28 AM): u still goin bring condoms just in case?

Richard Morris (5/8/2006 11:46:33 AM): sure

Richard Morris (5/8/2006 11:46:34 AM): yes

UCA (5/8/2006 11:46:41 AM): and the wine coolrs?

Richard Morris (5/8/2006 11:46:53 AM): yes - what flavors do you like?

UCA (5/8/2006 11:46:54 AM): drinkin will make me relax more.....

UCA (5/8/2006 11:47:02 AM): strawberry or peach?

Richard Morris (5/8/2006 11:47:27 AM): OK

Richard Morris (5/8/2006 11:47:31 AM): good

UCA (5/8/2006 11:47:37 AM): im going 2 tell my mom that im going 2 a friends house after school.....give us more time!!!

Richard Morris (5/8/2006 11:48:03 AM): OK

Richard Morris (5/8/2006 11:48:09 AM): what time does she get home?

UCA (5/8/2006 11:48:42 AM): she will get home around 430.....but i can stay out till 8 and she wont care

Richard Morris (5/8/2006 11:48:58 AM): OK

Richard Morris (5/8/2006 11:49:04 AM): well we need to be careful

UCA (5/8/2006 11:49:09 AM): i know

Richard Morris (5/8/2006 11:49:28 AM): are you sure you want me to pick you up at the transit center?

UCA (5/8/2006 11:49:30 AM): that is why i have not told any of my friends

Richard Morris (5/8/2006 11:49:36 AM): good

Richard Morris (5/8/2006 11:49:58 AM): wouldnt it be easier to pick you up at the 7-eleven near you?

UCA (5/8/2006 11:50:05 AM): well...i thoght the tc was far enough away and they are a lot of people...i wont stick out.

Richard Morris (5/8/2006 11:50:17 AM): OH OK

Richard Morris (5/8/2006 11:50:20 AM): well that is fine...

UCA (5/8/2006 11:50:31 AM): the chick at the 711 knows me

Richard Morris (5/8/2006 11:50:44 AM): Ok

UCA (5/8/2006 11:51:04 AM): dont want here 2 see me get in car ......she talks to my mom a lot

UCA (5/8/2006 11:51:11 AM): tc right next 2 hotel

UCA (5/8/2006 11:51:16 AM):

Richard Morris (5/8/2006 11:51:18 AM): yeah...

Richard Morris (5/8/2006 11:51:25 AM): but I might not go to that hotel.

UCA (5/8/2006 11:51:31 AM): k

Richard Morris (5/8/2006 11:51:35 AM): I have another one in mind

UCA (5/8/2006 11:51:42 AM): k....no prob

UCA (5/8/2006 11:52:01 AM): u going 2 surprise me?

Richard Morris (5/8/2006 11:52:02 AM): it is much nicer and safer

Richard Morris (5/8/2006 11:52:06 AM): yeah

UCA (5/8/2006 11:52:22 AM): i just did not want u 2 spend a lot of money on hotel...i feel bad

Richard Morris (5/8/2006 11:52:37 AM): oh no

Richard Morris (5/8/2006 11:52:44 AM): my pleasure - REALLY

UCA (5/8/2006 11:52:49 AM):

Richard Morris (5/8/2006 11:53:22 AM): do you have a picture of yourself so I can recognize you?

UCA (5/8/2006 11:53:41 AM): yeah....let me send it......email address?

Richard Morris (5/8/2006 11:54:07 AM): slowandteasingfun@yahoo.com

Richard Morris (5/8/2006 11:55:30 AM): I cannot wait sweety

Richard Morris (5/8/2006 11:55:33 AM): it will be so fun

Richard Morris (5/8/2006 11:55:45 AM): is your pussy wet right now?

Richard Morris (5/8/2006 11:56:58 AM): are you there?

UCA (5/8/2006 11:57:20 AM): yeah...just sent u photo

UCA (5/8/2006 11:57:29 AM): yeah..u got me wet again!!!!

Richard Morris (5/8/2006 11:57:40 AM): nice

UCA (5/8/2006 11:57:46 AM): u got a pic.....i have seen the rest of u!!!

Richard Morris (5/8/2006 11:58:55 AM): wow -yes - you are a sweet cutie

Richard Morris (5/8/2006 11:59:00 AM): nice picture

UCA (5/8/2006 11:59:09 AM): thx....hoping u would like it

Richard Morris (5/8/2006 11:59:16 AM): oh god yes

UCA (5/8/2006 11:59:31 AM): am i good enough still??

Richard Morris (5/8/2006 12:00:09 PM): yes sweety - way way better than just good enough

Richard Morris (5/8/2006 12:00:12 PM): you are a dream

UCA (5/8/2006 12:00:28 PM):

Richard Morris (5/8/2006 12:00:37 PM):

Richard Morris (5/8/2006 12:00:44 PM):

UCA (5/8/2006 12:01:10 PM): once again u got me all worked up.....and i have 2 go back!!

Richard Morris (5/8/2006 12:01:33 PM): I am sorry

UCA (5/8/2006 12:01:40 PM): not a bad thing!!

Richard Morris (5/8/2006 12:01:44 PM): wish I could have you now...

Richard Morris (5/8/2006 12:01:55 PM): I am rather worked up too

Richard Morris (5/8/2006 12:02:02 PM): I am very very hard

Richard Morris (5/8/2006 12:02:07 PM): it even hurts a little

Richard Morris (5/8/2006 12:02:17 PM): and I am dripping pre-cum

Richard Morris (5/8/2006 12:02:26 PM): and I am at work

UCA (5/8/2006 12:02:36 PM): dont hurt your self...game time soon!!!

UCA (5/8/2006 12:02:41 PM): did u send me a pic?

Richard Morris (5/8/2006 12:03:46 PM): oh no

UCA (5/8/2006 12:03:53 PM): k...

Richard Morris (5/8/2006 12:04:05 PM): I will right now...but you have to go back

Richard Morris (5/8/2006 12:04:16 PM): I will send it pretty soon

UCA (5/8/2006 12:04:33 PM): k......thx....chat same time tom?
Richard Morris (5/8/2006 12:04:38 PM): sure
UCA (5/8/2006 12:04:43 PM): mom still thinks comp is in her closet
Richard Morris (5/8/2006 12:04:56 PM): are you going to put it back?
UCA (5/8/2006 12:05:04 PM): oh yeah.....she would b pissed
Richard Morris (5/8/2006 12:05:12 PM): OK - take care hun
UCA (5/8/2006 12:05:17 PM): send pic.....i will get it when i log on tom
UCA (5/8/2006 12:05:23 PM): bye
Richard Morris (5/8/2006 12:05:29 PM): bye sweetie
Richard Morris (5/8/2006 12:05:39 PM):

On May 9, 2006, at approximately 9:00 am, affiant was logged on Yahoo! posing as a

14-year old female, from Portland, Oregon.  When she logged on, there were two offline instant

message from RICHARD MORRIS that was sent on May 9, 2006 at approximately 9:15 am.

Affiant replied to this offline instant message.  The following is a verbatim transcript of the

instant message conversation on May 9, 2006 at approximately 9:15 am :

Richard Morris: Kim - are you there?
Richard Morris: Kim - If I am not on line when you get on...send me an IM to tell
me when or if you can be on again before tomorrow

The following is a verbatim transcript of the subsequent instant message conversation

on May 9, 2006.  During the course of the conversation, the affiant recorded a webcam session

involving Richard Morris:

Richard Morris (5/9/2006 9:15:36 AM): Kim - are you there?
Richard Morris (5/9/2006 9:17:29 AM): Kim - If I am not on line when you get
on...send me an IM to tell me when or if you can be on again before tomorrow
Richard Morris (5/9/2006 11:04:57 AM): Hi there ...are you around?
UCA (5/9/2006 11:05:48 AM): hey u.....just bout 2 send u an im!!
UCA (5/9/2006 11:06:00 AM): hey
Richard Morris (5/9/2006 11:06:27 AM): hi there
UCA (5/9/2006 11:06:32 AM): u said u were going 2 send me a pic
Richard Morris (5/9/2006 11:06:52 AM): just a sec
Richard Morris (5/9/2006 11:08:13 AM): that is me
UCA (5/9/2006 11:08:26 AM): u r 1 big blur....lol
Richard Morris (5/9/2006 11:08:41 AM): oh
UCA (5/9/2006 11:08:46 AM): u got your cam up.....i could just look at u there
Richard Morris (5/9/2006 11:09:15 AM): hear I am at work
Richard Morris (5/9/2006 11:09:33 AM): you still want to meet me?

UCA (5/9/2006 11:09:35 AM): goatee....i luv those
Richard Morris (5/9/2006 11:09:43 AM): do you?
Richard Morris (5/9/2006 11:09:45 AM): nice
UCA (5/9/2006 11:09:49 AM): they tikle me
Richard Morris (5/9/2006 11:09:53 AM): yeah...
UCA (5/9/2006 11:09:58 AM): oh yeah......
Richard Morris (5/9/2006 11:10:04 AM): when I kiss your pussy?
UCA (5/9/2006 11:10:17 AM): u r cute
Richard Morris (5/9/2006 11:10:30 AM): you are sweet
UCA (5/9/2006 11:10:37 AM): that wood def tikle my pussy!!!!
Richard Morris (5/9/2006 11:10:46 AM): yes it will
Richard Morris (5/9/2006 11:10:58 AM): I cant wait to tickle your pussy tomorrow
UCA (5/9/2006 11:11:23 AM): i no......could not sleep again
Richard Morris (5/9/2006 11:11:37 AM): so you will be wearing a white top...and blue
jean skirt
UCA (5/9/2006 11:11:47 AM): looks like u work in a big warhouse
UCA (5/9/2006 11:12:00 AM): yup....got the outfit all picked out 4 u
Richard Morris (5/9/2006 11:12:01 AM): the pic you sent yesterday - is that pretty
current?
UCA (5/9/2006 11:12:16 AM): yeah......did u not like it?
Richard Morris (5/9/2006 11:12:19 AM): it is a factory
Richard Morris (5/9/2006 11:12:24 AM): made into offices
UCA (5/9/2006 11:12:30 AM): ic
Richard Morris (5/9/2006 11:12:50 AM): no I like your pic...just wondering so I can
recognize you
Richard Morris (5/9/2006 11:13:01 AM): you are serious right?
UCA (5/9/2006 11:13:02 AM): yeah....i can wear the same hat 2
Richard Morris (5/9/2006 11:13:11 AM): sure
UCA (5/9/2006 11:13:24 AM): what fine ride u goin b in 2 get me
UCA (5/9/2006 11:13:25 AM): ?
Richard Morris (5/9/2006 11:13:50 AM): I have a blue GMC pick-up truck -
Richard Morris (5/9/2006 11:13:56 AM): sorry it isnt a Ferrari
UCA (5/9/2006 11:14:09 AM): i luv pickups.....big seats!!!
Richard Morris (5/9/2006 11:14:19 AM): yep
Richard Morris (5/9/2006 11:14:37 AM): you are serious?
Richard Morris (5/9/2006 11:14:51 AM): please be there OK
UCA (5/9/2006 11:15:20 AM): oh i will.....u better b there.....if i miss the first bus.....i
will b bout 15 mins late
UCA (5/9/2006 11:15:45 AM): so dont leave
Richard Morris (5/9/2006 11:16:03 AM): I wish you had a cam
UCA (5/9/2006 11:16:15 AM): sorry
UCA (5/9/2006 11:16:26 AM): moms bf here right now
Richard Morris (5/9/2006 11:16:38 AM): I wont leave
UCA (5/9/2006 11:16:42 AM): i have 2 b careful
Richard Morris (5/9/2006 11:16:43 AM): oh
UCA (5/9/2006 11:16:52 AM): he is watchin tv

Richard Morris (5/9/2006 11:17:39 AM): well you better stop
UCA (5/9/2006 11:18:16 AM): no....i will let u know when he comes
UCA (5/9/2006 11:18:24 AM): unless u did not want 2 risk it
Richard Morris (5/9/2006 11:18:32 AM): well - I turned off the cam
UCA (5/9/2006 11:18:35 AM): k
Richard Morris (5/9/2006 11:18:52 AM): well I do not want to get you in trouble
UCA (5/9/2006 11:19:03 AM): SHIT....he is callin my name
UCA (5/9/2006 11:19:05 AM): i hate him
Richard Morris (5/9/2006 11:19:10 AM): OK
Richard Morris (5/9/2006 11:19:17 AM): take a minute
UCA (5/9/2006 11:19:24 AM): u better b there tom!!!!
Richard Morris (5/9/2006 11:19:32 AM): I will
Richard Morris (5/9/2006 11:19:41 AM): I promise
UCA (5/9/2006 11:19:47 AM): i will be lookin 4 the cute guy in the blue pu
UCA (5/9/2006 11:19:57 AM): moms bf has no idea im on comp
Richard Morris (5/9/2006 11:19:58 AM): where will you be standing?
Richard Morris (5/9/2006 11:20:18 AM): go near where the cars park
UCA (5/9/2006 11:20:27 AM): i will be on the max benches...near where cars come
in?
Richard Morris (5/9/2006 11:20:33 AM): OK
Richard Morris (5/9/2006 11:20:35 AM): nice
Richard Morris (5/9/2006 11:20:43 AM): you sweetie
UCA (5/9/2006 11:20:50 AM): i will shave tonight!!!
Richard Morris (5/9/2006 11:20:58 AM): oh you dont have to
UCA (5/9/2006 11:21:00 AM): all gone? or little left?
Richard Morris (5/9/2006 11:21:18 AM): It is up to you Kim
UCA (5/9/2006 11:21:29 AM): k.....i will surprise u
Richard Morris (5/9/2006 11:21:33 AM): I like it any way I can get it
UCA (5/9/2006 11:21:48 AM): k....member your stuff 2 bring
Richard Morris (5/9/2006 11:21:52 AM): I am getting excited again
Richard Morris (5/9/2006 11:22:05 AM): yep coolers and cond...
UCA (5/9/2006 11:22:18 AM): dont let any1 c us talkin at work!!!
Richard Morris (5/9/2006 11:22:27 AM): its ok
UCA (5/9/2006 11:22:33 AM): u sure?
Richard Morris (5/9/2006 11:22:36 AM): oh yeah
Richard Morris (5/9/2006 11:22:53 AM): I only chat with you now anyway
Richard Morris (5/9/2006 11:22:57 AM): so I am taking a break
UCA (5/9/2006 11:23:02 AM):
Richard Morris (5/9/2006 11:23:10 AM): why do you get out now?
Richard Morris (5/9/2006 11:23:21 AM): I thought you got out at 12:30
Richard Morris (5/9/2006 11:23:35 AM): or noon
UCA (5/9/2006 11:23:37 AM): pe is now......
UCA (5/9/2006 11:23:41 AM): dont like pe
Richard Morris (5/9/2006 11:23:43 AM): oh I see
Richard Morris (5/9/2006 11:23:49 AM): wont you get marked down?
UCA (5/9/2006 11:24:00 AM): ive been gettin marked down all year

Richard Morris (5/9/2006 11:24:09 AM): oh
UCA (5/9/2006 11:24:14 AM): moms concurred more bout bf
Richard Morris (5/9/2006 11:24:20 AM): oh I see
UCA (5/9/2006 11:24:32 AM): i want 2 have fun......not go 2 class
Richard Morris (5/9/2006 11:24:40 AM): OK
UCA (5/9/2006 11:24:45 AM): and it helps i write my own excuse notes
UCA (5/9/2006 11:24:48 AM): lol
Richard Morris (5/9/2006 11:24:53 AM): I see
Richard Morris (5/9/2006 11:25:09 AM): I wish I were with you now
Richard Morris (5/9/2006 11:25:14 AM): I am getting excited
UCA (5/9/2006 11:25:15 AM): but tom...i will go to pe, then leave
UCA (5/9/2006 11:25:19 AM): im very excited
Richard Morris (5/9/2006 11:25:34 AM): nice
UCA (5/9/2006 11:25:39 AM): u treat me so good
UCA (5/9/2006 11:25:48 AM): wish other guys did the same!!
UCA (5/9/2006 11:25:51 AM): thxs
Richard Morris (5/9/2006 11:25:51 AM): I will
UCA (5/9/2006 11:25:57 AM):
Richard Morris (5/9/2006 11:26:15 AM): do you have a cell phone?
UCA (5/9/2006 11:26:50 AM): prepaid....mins all gone.....mayb u could buy me 1 for
other times after tom?
Richard Morris (5/9/2006 11:27:03 AM): OK
UCA (5/9/2006 11:27:14 AM): bf keeps yelling at me!!
UCA (5/9/2006 11:27:18 AM): I HATE HIM
Richard Morris (5/9/2006 11:27:19 AM): better go see
Richard Morris (5/9/2006 11:27:25 AM): what he wants
UCA (5/9/2006 11:27:31 AM): could u come over a beat him up?
UCA (5/9/2006 11:27:54 AM): just a sec
Richard Morris (5/9/2006 11:27:56 AM): better not...damn it
UCA (5/9/2006 11:28:51 AM): havin a bad day here......i hope tom is better
Richard Morris (5/9/2006 11:29:04 AM): oh sorry
Richard Morris (5/9/2006 11:29:06 AM): it will be
UCA (5/9/2006 11:29:11 AM): bf says he know im online
UCA (5/9/2006 11:29:17 AM): mom will be pissed
Richard Morris (5/9/2006 11:29:30 AM): better go babe...
UCA (5/9/2006 11:29:42 AM): i think im goin go back 2 school and eat......cant b here
with him.....
Richard Morris (5/9/2006 11:29:55 AM): please make sure you do not save your IMs
UCA (5/9/2006 11:30:00 AM): TOMORROW!!?? 1230!!?? BEAV TC!!??
Richard Morris (5/9/2006 11:30:07 AM): k
UCA (5/9/2006 11:30:12 AM): i never save ims....that goes 4 u 2 mister
Richard Morris (5/9/2006 11:30:20 AM): I do not do it
Richard Morris (5/9/2006 11:30:34 AM): OK
UCA (5/9/2006 11:30:43 AM): cu tom
UCA (5/9/2006 11:30:51 AM):
Richard Morris (5/9/2006 11:30:52 AM): IM me again if you get on again

UCA (5/9/2006 11:30:57 AM): k
Richard Morris (5/9/2006 11:30:59 AM):
UCA (5/9/2006 11:31:00 AM): bye baby
Richard Morris (5/9/2006 11:31:05 AM): by sweet girl

On May 10, 2006, at approximately 9:00 am, affiant was logged on Yahoo! posing as a

14-year old female, from Portland, Oregon.  When she logged on, there was an offline instant

message from RICHARD MORRIS that was sent on May 10, 2006 at approximately 6:05 am.

The following is a verbatim transcript of the above instant message conversation:

Richard Morris (5/10/2006 6:05:58 AM): Good morning KIm -you there?

On May 10, 2006 at approximately 9:09 am, RICHARD MORRIS sent three messages

the affiant, who was still logged on Yahoo! posing as the 14 year old female, from Portland,

Oregon.  The following is a verbatim transcript of the three instant messages sent by RICHARD

MORRIS on May 10, 2006, the first one at approximately 9:09 am:

Richard Morris (5/10/2006 9:09:01 AM): Are you there?

Richard Morris (5/10/2006 9:09:05 AM): If you come home please call me.

Richard Morris (5/10/2006 9:50:32 AM): Kim - I hope you check your IMs - I cannot

meet you today at that time. I am very sorry. you may call me. I will be delayed. If you want to

meet at 1:00 or 1:30 it may be possible. call me.

The affiant replied to the messages sent by RICHARD MORRIS on May 10, 2006 at

approximately 10:13 am.  The replies were sent by instant message to RICHARD MORRIS

while the affiant was still logged on Yahoo! posing as the 14 year old girl.  The following is a

verbatim transcript of the instant messages sent by the affiant to RICHARD MORRIS:

UCA (5/10/2006 10:13:28 AM): u there?
UCA (5/10/2006 10:13:38 AM):
UCA (5/10/2006 10:13:53 AM): u tellin me i got dressed up 4 nuttin?
UCA (5/10/2006 10:15:38 AM): im in comp lab right now.....i still want 2 c u.....i will
b leavin school b4 lunch anyways.....i will b at beav tc at 1:30.....dont make me sad

UCA (5/10/2006 10:16:04 AM): im wearin the outfit u wanted!!!!
UCA (5/10/2006 10:16:18 AM): bye baby!!!!

On May 10, 2006, FBI Agents and task force officers went to the Beaverton Transit

Center located at 4050 SW Lombard Avenue in Beaverton, Washington County, Oregon. Agents

and task force officers arrived at the location around 12:15 pm. Agents and task force officers

remained at the Beaverton Transit Center until 1:45 pm. During this time, a blue colored GMC

pickup did not come into the transit center, nor did a subject matching the picture it took from the

webcam session with RICHARD MORRIS on May 9, 2006.

On May 10, 2006, at approximately 2:45 pm, affiant was logged on Yahoo! posing as

a 14-year old female, from Portland, Oregon. The affiant had a in message conversation with

RICHARD MORRIS during this time. On The following is a verbatim transcript of the

subsequent instant message conversation from May 10, 2006:

    UCA (5/10/2006 2:48:07 PM): WHERE THE HELL WERE U?!
    UCA (5/10/2006 2:48:42 PM): I wastd my time and trusted u 4 this?
    UCA (5/10/2006 2:48:48 PM): thx
    UCA (5/10/2006 2:49:31 PM): u said u wood wait....i got there at 1:45...waited till 2.
did not c u!!!
    UCA (5/10/2006 2:49:39 PM): thx again
    UCA (5/10/2006 2:49:54 PM): i wont b on line again 2day.....2 pissed off
    Richard Morris (5/10/2006 2:56:28 PM): but you must call me when I say to call me
    Richard Morris (5/10/2006 2:56:28 PM): OK
    Richard Morris (5/10/2006 2:56:47 PM): I am very very sorry - BELIEVE ME - I want
you SO bad.
    Richard Morris (5/10/2006 2:56:53 PM): I hope you get on again
    Richard Morris (5/10/2006 3:00:11 PM): I really wish you would have called me.
    Richard Morris (5/10/2006 3:00:26 PM): It would have saved both of us - and we
could have met for sure
    Richard Morris (5/10/2006 3:00:34 PM): in fact I am still free if you want
    UCA (5/10/2006 3:03:19 PM): u there???
    Richard Morris (5/10/2006 3:03:25 PM): yes
    Richard Morris (5/10/2006 3:03:27 PM): Hi Kim
    Richard Morris (5/10/2006 3:03:31 PM): did you read all that
    UCA (5/10/2006 3:03:35 PM): got back on real quick....not happy with u mr
    Richard Morris (5/10/2006 3:03:48 PM): did you read everything?

UCA (5/10/2006 3:03:52 PM): i felt like a loser
Richard Morris (5/10/2006 3:04:00 PM): If you would have called me
UCA (5/10/2006 3:04:05 PM): yeah.....still does not make me feel better
Richard Morris (5/10/2006 3:04:17 PM): why didnt you call me like I asked
Richard Morris (5/10/2006 3:04:30 PM): I raced back from Salem to be there on time
UCA (5/10/2006 3:04:35 PM): well silly....i dont have yur #.....mom is home now.....im kinda stuck
Richard Morris (5/10/2006 3:04:36 PM): 12:30
Richard Morris (5/10/2006 3:04:48 PM): I gave you my number twice
UCA (5/10/2006 3:04:53 PM): u did?
Richard Morris (5/10/2006 3:04:56 PM): yes
Richard Morris (5/10/2006 3:05:06 PM): I am sorry
Richard Morris (5/10/2006 3:05:15 PM): I have everything too
UCA (5/10/2006 3:05:15 PM): were u there at 1230?
Richard Morris (5/10/2006 3:05:18 PM): yes
Richard Morris (5/10/2006 3:05:19 PM): yes
Richard Morris (5/10/2006 3:05:37 PM): because you didnt call - I figured you did not get my message
Richard Morris (5/10/2006 3:05:45 PM): and I didnt have my computer
Richard Morris (5/10/2006 3:05:53 PM): so I raced back from Salem
UCA (5/10/2006 3:05:57 PM): i got yur message.....i got there a little passed 130
UCA (5/10/2006 3:06:03 PM): were u there at 130?
Richard Morris (5/10/2006 3:06:20 PM): no - because I stayed until 1:00
Richard Morris (5/10/2006 3:06:26 PM): then I went back to office
Richard Morris (5/10/2006 3:06:30 PM): and saw your IM
Richard Morris (5/10/2006 3:06:42 PM): then I raced back to Bvtn TC
Richard Morris (5/10/2006 3:06:49 PM): and you had already left
Richard Morris (5/10/2006 3:06:52 PM): so sorry
Richard Morris (5/10/2006 3:06:55 PM): I am so sorry
UCA (5/10/2006 3:06:56 PM): what time u get back to tc?
Richard Morris (5/10/2006 3:07:06 PM): almost 2
Richard Morris (5/10/2006 3:07:40 PM): well - I do appologize I fucked up
Richard Morris (5/10/2006 3:07:54 PM): I really wanted you today
UCA (5/10/2006 3:07:59 PM): 2? i would i saw u.....did u come in yur truck?
Richard Morris (5/10/2006 3:08:07 PM): yeah
UCA (5/10/2006 3:08:10 PM): i looked really nice!!!!
Richard Morris (5/10/2006 3:08:15 PM): oh Kim
Richard Morris (5/10/2006 3:08:17 PM): oh Kim
Richard Morris (5/10/2006 3:08:25 PM): you little lover you
UCA (5/10/2006 3:08:32 PM): dont want 2 admit it.....i cried a little
Richard Morris (5/10/2006 3:08:33 PM): I could shoot myself
Richard Morris (5/10/2006 3:08:43 PM): I could shoot myself
Richard Morris (5/10/2006 3:08:52 PM): Kim you lover you
Richard Morris (5/10/2006 3:08:55 PM): I am so sad
Richard Morris (5/10/2006 3:09:02 PM): I want you so bad
Richard Morris (5/10/2006 3:09:15 PM): do you forgive me

Richard Morris (5/10/2006 3:09:20 PM): I will make it up to you

Richard Morris (5/10/2006 3:09:23 PM): very much

UCA (5/10/2006 3:09:24 PM): i trusted u!!

Richard Morris (5/10/2006 3:09:49 PM): I know - but I tried to get you to call and it is not that I didnt try

Richard Morris (5/10/2006 3:09:54 PM): you must realize that

UCA (5/10/2006 3:10:10 PM): i know.....just thought 2day was goin b good......

Richard Morris (5/10/2006 3:10:27 PM): you cant get away any more?

Richard Morris (5/10/2006 3:10:43 PM): for even a little while?

UCA (5/10/2006 3:10:54 PM): well....if mom knew i was online....i would b dead.......

UCA (5/10/2006 3:11:20 PM): i would have 2 leave right now......

UCA (5/10/2006 3:12:30 PM): u there??

Richard Morris (5/10/2006 3:13:23 PM): sorry I am at work

Richard Morris (5/10/2006 3:13:26 PM): someone came up

UCA (5/10/2006 3:13:40 PM): i have 2 b quiet......mom walkin round

UCA (5/10/2006 3:13:55 PM): u work close in beav?

Richard Morris (5/10/2006 3:14:16 PM): I am in Hillsboro

Richard Morris (5/10/2006 3:14:32 PM): Why dont we just plan another day

UCA (5/10/2006 3:14:50 PM): i can get out if u want

UCA (5/10/2006 3:15:06 PM): i would tell mom goin 2 friends house....like we planned!!!!!!!

Richard Morris (5/10/2006 3:15:14 PM): OK

Richard Morris (5/10/2006 3:15:19 PM): where do I meet you this time

Richard Morris (5/10/2006 3:15:50 PM): Is it possible to meet you at 5:00 at McDonalds near you?

UCA (5/10/2006 3:15:54 PM): i could take max 2 elmonica tc

Richard Morris (5/10/2006 3:16:21 PM): how about to Orenco?

UCA (5/10/2006 3:16:48 PM): orenco....is that close to elmonica?

Richard Morris (5/10/2006 3:17:05 PM): It is further out toward Hillsboro but not all the way

Richard Morris (5/10/2006 3:17:32 PM): that would really help me now that I am out here

UCA (5/10/2006 3:17:57 PM): k....the only 1 i know out there is the 1 at 185/baseline? i think

UCA (5/10/2006 3:18:03 PM): is that close?

Richard Morris (5/10/2006 3:18:13 PM): Yeah

Richard Morris (5/10/2006 3:18:33 PM): that is fine

Richard Morris (5/10/2006 3:18:44 PM): 4:15?

Richard Morris (5/10/2006 3:18:52 PM): that give you enough time?

Richard Morris (5/10/2006 3:18:55 PM): or 4:00

UCA (5/10/2006 3:19:08 PM): k....u goin b there this time mr?

Richard Morris (5/10/2006 3:19:16 PM): yes!!

UCA (5/10/2006 3:19:41 PM): 4:30....just gives me enuff time

Richard Morris (5/10/2006 3:19:52 PM): Great !!! Perfect

UCA (5/10/2006 3:19:58 PM): i can pretend 2 talk 2 mommy and make her feel good

Richard Morris (5/10/2006 3:19:58 PM): I PROMISE

Richard Morris (5/10/2006 3:20:02 PM): I will be there
UCA (5/10/2006 3:20:03 PM): promise?
Richard Morris (5/10/2006 3:20:03 PM): ok
Richard Morris (5/10/2006 3:20:06 PM): yes
UCA (5/10/2006 3:20:11 PM): u got the stuff?
Richard Morris (5/10/2006 3:20:17 PM): 185th and baseline
Richard Morris (5/10/2006 3:20:24 PM): yes I do
UCA (5/10/2006 3:20:25 PM): right......
UCA (5/10/2006 3:20:31 PM): THAT IS MY BOY!!!!
UCA (5/10/2006 3:20:36 PM):
Richard Morris (5/10/2006 3:20:36 PM): see you Kim
UCA (5/10/2006 3:20:39 PM): im happy again
Richard Morris (5/10/2006 3:20:44 PM): thank you hun
Richard Morris (5/10/2006 3:20:47 PM): bye
UCA (5/10/2006 3:20:54 PM): have 2 hurry bye bye
UCA (5/10/2006 3:23:07 PM): u still there???
Richard Morris (5/10/2006 3:25:28 PM): yeah
Richard Morris (5/10/2006 3:25:37 PM): I was just packing up to go to meeting


On May 10, 2006, at approximately 4:00 pm, FBI Agents, Task Force Officers, and

Beaverton Police Detectives went to the Willow Creek Max Transit Center located at 375 SW

185th Avenue in Hillsboro, Washington County, Oregon to wait for RICHARD MORRIS to

arrive.  At approximately 4:20 pm, Beaverton Police Detective Dale Hoskins advised a male

subject matching the picture from the webcam session with RICHARD MORRIS from May 9,

2006 was in a car in the parking lot of the transit center.  The vehicle was a yellow Mitsubishi

Lancer with Oregon license plate #ZDN525.  FBI Special Agent (SA) Joel Brillhart and Task

Force Officer (TFO) Chadwick Opitz confirmed the male subject in the vehicle was the same

person from the webcam session with RICHARD MORRIS from May 9, 2006.

Three different Max trains arrived and departed from the Willow Creek Max Transit

Center and the male subject in the yellow car remained in the parking lot.  Agents, task force

officers, and detectives contacted the male subject at approimately 4:40 pm and was taken into

custody without incident.  The male subject was positively identified from an Oregon driver's

license as Ricky Lee Harrison (DOB 02-04-58).  Task Force Officer Chadwick Opitz advised

Ricky Harrison of his constitutional rights per Miranda.  When asked if he understood, Ricky

Harrison replied he understood his Miranda Rights.

Ricky Harrison told SA Brillhart and TFO Opitz he was waiting at the transit center to

meet a girl named "Kim".  Ricky Harrison said he had met "Kim" from talking on-line on

Yahoo!.  Ricky Harrison stated he believed the girl in the photo, set to him on May 8, 2006, was

thirteen or fourteen years of age.  Ricky Harrison's wedding ring was found in the driver's door

pocket of the car he had been driving.  Also found in the car were twelve condoms and four

peach wine coolers.  Ricky Harrison confirmed his screen name on Yahoo! was

slowandteasingfun.

Based upon the above information and your affiant's experience, your affiant

respectfully submits that there is probable cause to believe that Ricky Lee Harrison (aka:Richard

Morris and slowandteasingfun) has committed a violation of Title 18, United States Code,

Section 2422(b), in that he has used a facility of interstate commerce to attempt to or to

knowingly persuade, induce, entice or coerce an individual who has not attained the age of 18

years to engage in sexual activity for which any person can be charged with a criminal offense.


///

///

This affidavit has been reviewed and approved for presentation by Assistant United

States Attorneys Jennifer Martin and Johnathan S. Haub..

Chadwick J. Opitz
FBI -Task Force Officer


Sworn to me and subscribed in my presence on this 11th day of May, 2006.

Dennis J. Hubel
United States Magistrate Judge